UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| POOYA MAJDZADEH-KOOHBANANI, ) ) Plaintiff, ) ) VS. ) ) JASTER-QUINTANILLA DALLAS, LLP, ) ) Defendant. ) | CIVIL ACTION NO. 3:09-CV-1951-G (BK) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. Accordingly, defendant's motion for summary judgment (docket entry 20) is **GRANTED**.

**SO ORDERED**.

January 31, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**